**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>EVERYSCAPE, Inc.</u>
    Plaintiff(s)

   V.         CIVIL ACTION NOS. <u>10-CV-11597-JLT</u>

<u>ADOBE SYSTEMS, Inc.</u>
    Defendant(s)

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE Tauro

[ ] The parties in the above case refused to participate in ADR.

[ ] On  <u>5/14/12</u>   I held the following ADR proceeding:

  _____ SCREENING CONFERENCE _____ EARLY NEUTRAL EVALUATION
  \_\_X\_\_\_ MEDIATION       _____ SUMMARY BENCH / JURY TRIAL
  _____ MINI-TRIAL       _____ SETTLEMENT CONFERENCE

  All parties were represented by counsel [except _____]
  The parties  were / were not  present in person or by authorized corporate officer [except
  _____].
  The case was:

[ ] Settled. Your clerk should enter a <u>60</u> day order of dismissal.

[ ] There was progress. A further conference may prove fruitful but no date has been set at this time.

**[X]** **Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.**

[ ] Suggested strategy to facilitate settlement:


 <u>5/14/2012</u>                <u>Marianne B. Bowler, USMJ</u>
DATE                   ADR Provider