UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 10-11597-RGS

EVERYSCAPE, INC.

v.

ADOBE SYSTEMS INC.



FILED IN OPEN COURT
January 23, 2015

## SPECIAL VERDICT QUESTIONS FOR THE JURY

January 23, 2015

STEARNS, D.J.

### INVALIDITY – ANTICIPATION

Q.1. Has Adobe proven by clear and convincing evidence that any of the following claims of U.S. Patent No. 7,327,374 ("the '374 patent") are invalid because the claimed subject matter is "anticipated" by any of the prior art?

Answer "Yes" or "No" for each claim.

A.1.  Claim 1: _yes_    Claim 2: _yes_

Claim 17: _yes_    Claim 18: _yes_

Q.2. Has Adobe proven by clear and convincing evidence that any of the following claims of U.S. Patent No. 7,593,022 ("the '022 patent") are invalid because the claimed subject matter is "anticipated" by any of the prior art?

Answer "Yes" or "No" for each claim.

A.2.  Claim 1: _yes_   Claim 2: _yes_    Claim 12: _yes_

Claim 13: _yes_   Claim 24: _yes_    Claim 25: _yes_

Please answer Qs. 3 & 4.

## INVALIDITY – OBVIOUSNESS

Q.3. Has Adobe proven by clear and convincing evidence that any of the following claims of the '374 patent are invalid because the claimed subject matter is obvious in light of the prior art?

Answer "Yes" or "No" for each claim.

A.3.   Claim 1: _yes_   Claim 2: _yes_

Claim 17: _yes_   Claim 18: _yes_

Q. 4. Has Adobe proven by clear and convincing evidence that any of the following claims of the '022 patent are invalid because the claimed subject matter is obvious in light of the prior art?

Answer "Yes" or "No" for each claim.

A.4. Claim 1: _yes_  Claim 2: _yes_   Claim 12: _yes_

Claim 13: _yes_ Claim 24: _yes_   Claim 25: _yes_

If the answers to Qs. 1 or 3 *and* Qs. 2 or 4 are "Yes" as to every claim, you have reached a verdict. (A claim is invalid if it is either anticipated or obvious.) Otherwise, please answer Qs. 5 & 6.

## INDUCED INFRINGEMENT

Q.5. Has EveryScape proven by a preponderance of the evidence that Adobe actively induced infringement of any of the following claims of the '374 patent?

Answer "Yes" or "No" for each claim.

A.5.   Claim 1: _____   Claim 2: _____

2

## DAMAGES

Q.6. If you find that at least one asserted claim is not invalid, what amount, if any, is EveryScape entitled to as a reasonable royalty to compensate for the infringement of that or those claim(s) by Adobe?

A.6.  $ _____
                (amount in figures)

_____
                (amount in words)

I certify that the foregoing answers are the unanimous answers of the jury.

*[signature]*
Foreperson

Dated: 1/23/15

3